IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEWMONT GHANA GOLD
LIMITED, et al.,

    PLAINTIFFS,

VS.

Lead Case No. 3:11cv62/MCR/EMT
(Consolidated with No. 3:11cv140/MCR/CJK)

HILLER SYSTEMS, INC., et al.,

    DEFENDANTS.
_____/

**AMENDED NOTICE OF APPEARANCE BY COUNSEL FOR**
**PROENERGY INTERNATIONAL SERVICES, INC./NON-PARTY**

PLEASE TAKE NOTICE that Robert E. Geisler, Esq., of the law firm of Marlow, Connell, Abrams, Adler, Newman & Lewis at 4000 Ponce De Leon Blvd., The Collection Bldg. Suite 570, Coral Gables, Florida 33146, pursuant to the Court's Order [D.E. #75] dismissing ProEnergy International Services, Inc. as a Party to this Action, hereby files this Amended Notice of Appearance as counsel for ProEnergy International Services, Inc., Non-Party, for discovery purpose only and requests that copies of all future correspondence and pleadings, etc., filed in this case be directed to his attention as it relates solely to discovery purposes directed to ProEnergy International Services, Inc.

        MARLOW, CONNELL, ABRAMS, ADLER, NEWMAN & LEWIS
        *Attorneys for ProEnergy International Services*
        4000 Ponce de Leon Blvd, Suite 570
        Coral Gables, Florida 33146
        Tel: (305) 446-0500 / Fax: (305) 446-3667
        Email: rgeisler@marlowconnell.com

    By: **s/*Robert E. Geisler***
        Robert E. Geisler - F.BN. 178292

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 13th day of DECEMBER, 2011, that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Attorneys for Plaintiffs*

| | |
|---|---|
| Richard M. Dunn, Esq. | rdunn@cozen.com |
| Joshua R. Goodman, Esq. | jgoodman@cozen.com |
| Kristina Maria Bakardjiev, Esq. | kbakardjiev@cozen.com |

Cozen O'Connor
Wachovia Financial Center
200 South Biscayne Blvd. - Suite 4410
Miami, Florida  33131-2303

| | |
|---|---|
| Elliott R. Feldman, Esq. | efeldman@cozen.com |
| Gerald F. Belz, Jr., Esq. | gbelz@cozen.com |
| David Barclay Pizzica, Esq. | dpizzica@cozen.com |

Cozen O'Connor
Wachovia Financial Center
1900 Market Street
Philadelphia, Pennsylvania  19103

*Attorneys for Plainville Electric*

Lewis F. Collins, Jr., Esq.          lcollins@butlerpappas.com
Butler Pappas Weihmuller
Katz Craig LLP
777 S. Harbour Island Boulevard
Suite 500 – One Harbour Place
Tampa, Florida  33602

*Attorneys for Hiller Systems, Inc.*

Donald Radcliff, Esq.
Brady Radcliff & Brown LLP          dradcliff@brblawyers.com
Post Office Box 1668
Mobile, Alabama  36633
Tel: (251) 405-0077 / Fax:  (251) 405-0076
E-mail: dradcliff@brblawyers.com