UNITED STATES DISTRICT COURT
NORTHERN DISTRICT FLORIDA
PENSACOLA DIVISION

NEWMONT GHANA GOLD LIMITED :
*et al.*
                  Plaintiffs, :

vs. :
                                                          CASE NO. 3:11-cv-62-MCR/CJK
HILLER SYSTEMS, INC.,
                                       :

                  Defendant. :

## JOINT REPORT OF THE PARTIES ON MEDIATION

Plaintiff, Newmont Ghana Gold Limited, et al., and Defendant Hiller Systems, Inc., by and through their undersigned counsel, hereby jointly file a report on their mediation efforts in this matter.

The parties previously filed a Joint and Stipulated Motion for an Extension of the Current Scheduling Order to Allow Time for the Parties' to Proceed to Mediation. *See* DE#89. Thereafter, the Court granted this Joint Motion and suspended and tolled for a period of ninety (90) days all deadline dates in the lawsuit in order to allow the parties to proceed to complete mediation. *See* DE#91. The Order granting the Joint Motion also directed the parties to submit a status report at the end of the ninety (90) day period in order to advise the Court of the outcome of the mediation. *Id.*

The parties did engage in discussions about mediation following the entry of the Order referenced above. The parties were able to agree upon a mediator, Robert S. Glenn, Jr., Esq. with Ellis Painter Ratterree & Adams LLP. However, the parties were not able to schedule the mediation before the expiration of the ninety (90) day deadline suspension and tolling period, but the parties did schedule the mediation for Thursday, September 27, 2012. Accordingly, the

parties will immediately report to the Court the outcome following the conclusion of the mediation on September 27, 2012. Furthermore, if the mediation is unsuccessful, the parties will request that the previous deadline dates which were suspended and tolled for the ninety (90) day period be reset and adjusted to commence to run as of September 28, 2012.

Dated: September 17, 2012

                COZEN O'CONNOR

                By:   */s/Daniel C. Theveny*
                      Daniel C. Theveny, Esq.
                      Gerard Belz, Jr., Esq.
                      Cozen O'Connor
                      1900 Market Street
                      Philadelphia, PA 19103
                      Telephone: 215-665-2000

                      Of counsel:
                      Richard M. Dunn, Esq.
                      Joshua R. Goodman, Esq.
                      Wachovia Financial Center
                      200 South Biscayne Boulevard
                      Miami, FL 33131-2303
                      Telephone: 305-704-5940
                      *Attorneys for Plaintiffs*


                BRADY RADCLIFF & BROWN LLP

                      */s/ Donald C. Radcliff, Esq.* *(w/permission)*
                      Donald C. Radcliff, Esq.
                      dradcliff@brblawyers.com
                      P.O. Box 1668
                      Mobile, AL 36633
                      Telephone: 251-405-0071
                      Facsimile: 251-405-0076
                      *Attorneys for Defendant Hiller Systems, Inc.*