UNITED STATES DISTRICT COURT
NORTHERN DISTRICT FLORIDA
PENSACOLA DIVISION

NEWMONT GHANA GOLD LIMITED
*et al.*

              Plaintiffs,

vs.

CASE NO. 3:11-cv-62-MCR/CJK

HILLER SYSTEMS, INC.,

              Defendant.

## CERTIFICATE OF SERVICE

I, Daniel C. Theveny, Esquire, do hereby certify that on this 17th day of September, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed Electronic Filing.

BRADY RADCLIFF & BROWN LLP
Donald C. Radcliff, Esq.
dradcliff@brblawyers.com
P.O. Box 1668
Mobile, AL 36633
Telephone: 251-405-0071
Facsimile: 251-405-0076
*Attorneys for Defendant Hiller Systems, Inc.*

           By:   */s/Daniel C. Theveny*
                  Daniel C. Theveny, Esq