# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT FLORIDA
# PENSACOLA DIVISION

NEWMONT GHANA GOLD LIMITED :
*et al.*
:
          Plaintiffs, :
:
vs. :
           : CASE NO. 3:11-cv-62-MCR/CJK
HILLER SYSTEMS, INC., :
:
          Defendant. :

## JOINT NOTICE OF SETTLEMENT FOLLOWING MEDIATION

Plaintiff, Newmont Ghana Gold Limited, et al., and Defendant Hiller Systems, Inc., by and through their undersigned counsel, hereby advise the Court that the parties were able to reach a settlement in this matter following mediaton on September 27, 2012. The parties expect to finalize and execute a Mutual Release and Settlement Agreement, and file a Stipulation of Dismissal with Prejudice of all claims and counterclaims, within the next thirty (30) days

Dated: October 3, 2012

                              COZEN O'CONNOR

                       By: */s/Daniel C. Theveny*
                             Daniel C. Theveny, Esq.
                             Gerard Belz, Jr., Esq.
                             Cozen O'Connor
                             1900 Market Street
                             Philadelphia, PA 19103
                             Telephone: 215-665-2000

                             Of counsel:
                             Richard M. Dunn, Esq.
                             Joshua R. Goodman, Esq.
                             Wachovia Financial Center
                             200 South Biscayne Boulevard
                             Miami, FL 33131-2303
                             Telephone: 305-704-5940
                             *Attorneys for Plaintiffs*

BRADY RADCLIFF & BROWN LLP

*/s/ Donald C. Radcliff, Esq. (w/permission)*
Donald C. Radcliff, Esq.
dradcliff@brblawyers.com
P.O. Box 1668
Mobile, AL 36633
Telephone: 251-405-0071
Facsimile: 251-405-0076
*Attorneys for Defendant Hiller Systems, Inc.*