IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NEWMONT GHANA GOLD LIMITED,
et al.,

      Plaintiffs,

v.                    Lead Case No. 3:11cv62/MCR/CJK
                    (Case No. 3:11cv140/MCR/CJK)

HILLER SYSTEMS, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

The court has been informed that the parties have reached a settlement of this matter. Therefore, the court hereby **DISMISSES** the above-entitled action from the active docket of the court. In the event the settlement is not consummated, the court reserves the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of this order and a showing of good cause as required by this court's local rules. *See* N.D. Fla. Loc. R. 16.2(D). At this time, the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

**DONE and ORDERED** on this 3rd day of October, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**